# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYANT STOREY,<br><br>Plaintiff,<br><br>v.<br><br>LA BOUCHERIE ON 71, et al.,<br><br>Defendant | ) Case No.<br>)<br>) 2:18-CV-01301-MWF-GJS<br>)<br>) **ORDER [19]**<br>)<br>)<br>)<br>) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated: May 9, 2019

_____
Honorable Michael W. Fitzgerald
United States District Judge